Mark Tratos (NV Bar No. 1086)
Laraine M. I. Burrell (NV Bar No. 8771)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Ste. 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: TratosM@gtlaw.com,
       BurrellL@gtlaw.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA IRENE GORHAM, an individual; | Case No. |
| Plaintiff, | **TEMPORARY RESTRAINING ORDER** |
| vs. | |
| MICHAEL STEPHENS, an individual, | |
| Defendants. | |

UPON CONSIDERATION of the Motion filed by Plaintiff, ALYSSA IRENE GORHAM, requesting a temporary restraining order and injunction requiring Defendant, MICHAEL STEPHENS, to immediately cease and desist all use of Plaintiff's FORTUNE AFFAIRS and ALYSSA IRENE and/or similar or derivative trademarks and names including, but not limited to, <fortuneaffairs.com> <alyssairene.com> and <alyssafortune.com>, the supporting memorandum of points and authorities, the supporting Declarations, the record in this case, and for other good cause shown:

/ / /

/ / /

/ / /

1

LV 420043102v1

THE COURT HEREBY FINDS THAT:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a). This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a);

2. This Court has personal jurisdiction over Defendant based upon the following: (a) he resides in Las Vegas, Nevada where he operates his "human awareness" and "self-help" consultation services; (b) Defendant has obtained the domain names containing the Plaintiff's personal and business names and linked them to websites showing a stolen photograph of Plaintiff and negative language concerning Plaintiff; and (c) Defendant knew or should have known that his tortious acts would cause injury to Plaintiff in the State of Nevada;

3. Plaintiff's legal name is ALYSSA IRENE GORHAM. Plaintiff has made extensive use of the FORTUNE AFFAIRS marks in relation to event planning services and marketing materials, and has obtained a Nevada State registration for FORTUNE AFFAIRS;

4. Defendant registered domain names incorporating Plaintiff's legal and business names including: <fortuneaffairs.com> <alyssairene.com> and <alyssafortune.com>;

5. Defendant has linked these domain names to a website displaying negative information concerning the Plaintiff, and which invites others to submit negative information to the website's operator – the Defendant;

6. Plaintiff will suffer irreparable injury if the Court does not require Defendant to cease and desist use of the Plaintiff's name and marks and to immediately remove any and all content concerning the Plaintiff displayed on the websites connected to the domain names at issue;

7. Plaintiff has demonstrated a likelihood of success on the merits of her Cybersquatting claim under 15 U.S.C. 1125(d), and her Nevada State trademark infringement claim; and

8. There is no likelihood of harm to the public from the temporary restraining order now being granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Application for Temporary Restraining Order is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant will immediately cease and desist any and all use

LV 420043102v1

1. of Plaintiff's name and trademarks and any and all variants thereof including but not limited to ALYSSA IRENE GORHAM and FORTUNE AFFAIRS, and <fortuneaffairs.com> <alyssairene.com> and <alyssafortune.com>.

IT IS FURTHER ORDERED that pursuant to 15 U.S.C. § 1125(d)(1)(C), the domain names <fortuneaffairs.com> <alyssairene.com> and <alyssafortune.com> shall be immediately locked by the Registrar and/or its successor registrars and transferred to Plaintiff.

IT IS FURTHER ORDERED that Defendant shall file, pursuant to 15 U.S.C. § 1116(a), with this Court and serve upon Plaintiff within thirty (30) days after entry of this Order, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with this Court's Order; and

IT IS FURTHER ORDERED that Plaintiff shall post a nominal bond of $100.00 because the evidence indicates that Defendant will only suffer minimal, if any, damage by the issuance of this temporary restraining order.

### ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION

UPON CONSIDERATION of Plaintiff's Motion, the Memorandum of Points and Authorities, the supporting declarations and exhibits, the papers and pleadings on file in this matter and for good cause shown;

1. The Court hereby sets the hearing for Plaintiff's Motion for Preliminary Injunction on August 8, 2013, at 11:00 a.m. in Courtroom 6A at the Lloyd D. George United States Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

2. Further, the Court hereby sets the following briefing schedule relating to Plaintiff's Motion:

   (a) Defendant shall file and serve opposition papers, if any, no later than Aug 1, 2013; and

   (a) Plaintiff shall file and serve her reply brief, if any, no later than 12:00 p.m. on 8/6, 2013.

3. In addition, to ensure Defendant receives timely notice of the hearing, given that Defendant must maintain accurate contact information with the domain name registrar, Plaintiff may,

3

LV 420043102v1

1 | in addition to the requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure, serve
2 | the Motion, this Order and all other pleadings filed to date on Defendant by electronic mail
3 | transmission.

4 | DATED: July 26, 2013.

```
                                    /s/ James C. Mahan
                                    UNITED STATES DISTRICT JUDGE

                            Dated:  July 26, 2013 at 2:15 p.m.
```

Respectfully submitted by:

GREENBERG TRAURIG, LLP

/s/ Laraine M. I. Burrell
Mark G. Tratos (Bar No. 1086)
Laraine M.I. Burrell (Bar No. 8771)
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiff*

LV 420043102v1