# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA IRENE GORHAM,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>MICHAEL STEPHENS,<br><br>　　　　　Defendant(s). | Case No. 2:13-cv-01337-JCM-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 18) |

Pending before the Court is Plaintiff's attorneys' "Substitution of Counsel," which appears instead to be a motion to withdraw consented to by Plaintiff. Docket No. 18. Any response from Defendant shall be filed no later than April 24, 2014. The Court hereby **SETS** a hearing on the motion for May 6, 2014, at 2:00 p.m. in Courtroom 3A. Plaintiff and Plaintiff's counsel shall attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than April 24, 2014, Plaintiff's current counsel of record shall serve Plaintiff with this order that she appear and shall file a proof of service.

　　　　IT IS SO ORDERED.

　　　　DATED: April 17, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge