# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA IRENE GORHAM,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL STEPHENS,<br><br>        Defendants. | Case No. 2:13-cv-01337-JCM-NJK<br><br>ORDER GRANTING MOTION TO SEAL<br><br>(Docket No. 22) |

    Pending before the Court is Plaintiff's motion to seal Docket Nos. 20 and 21. Docket No. 22. For good cause shown, the motion to seal is **GRANTED**. Plaintiff's counsel is further **ORDERED** to file redacted versions of those documents on the public record.

    IT IS SO ORDERED.

    DATED: April 24, 2014

                                                  _____<br>
                                                  NANCY J. KOPPE<br>
                                                  United States Magistrate Judge